UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JENNIFER S COLE, | |
| Plaintiff, | |
| v. | Case No. 3:25-CV-442-CCB-AZ |
| WARSAW CITY OF, et al., | |
| Defendants. | |

## ORDER

On January 13, 2026, United States Magistrate Judge Abizer Zanzi issued a report and recommendation in which he recommended granting in part Defendants' Motion to Dismiss (ECF 8) and granting in part Plaintiff's Motion to Amend (ECF 14). Satisfied with the well-reasoned report and recommendation and because no party has objected, the court **ADOPTS** the report in its entirety (ECF 25). Accordingly, the Court **GRANTS** (in part) Defendants' Motion to Dismiss, dismissing all claims against unknown individual law enforcement defendants, without prejudice. (ECF 8). The Court **GRANTS** (in part) Plaintiff's Motion to Amend. (ECF 14). Plaintiff R.G. may file an amended complaint which states Section 1983 excessive force and state law battery claims against the City of Warsaw and Kosciusko County Sheriff. However, Plaintiff Cole's proposed claims are barred by the statute of limitations.

SO ORDERED on February 11, 2026.

/s/Cristal C. Brisco
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT